

PLEASE REPLY TO:   New Jersey Office

jbouvier@mattioni.com

www.mattioni.com

FILE NO: 38865-56081

September 25, 2019

**VIA ECF FILING**
The Honorable Robert B. Kugler
United States District Judge for the
   District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets – Room 1050
Camden, NJ  08101

                        Re:   **Michalak v. ServPro Industries, Inc., et al.**
                                **Civil Action No.  1:18-cv-1727**

Dear Judge Kugler:

      We represent the plaintiff in the above matter.

      This is to advise that the parties have reached a settlement of the claims brought in the case. A formal Stipulation of Dismissal will be filed in the near future, upon execution of the settlement paperwork.

      Thank you for your attention.

                            Very respectfully yours,

                            MATTIONI, LTD.

                            Joseph F. Bouvier

JFB:bjj
cc:   Karen M. Williams, United States Magistrate Judge (via email)
      Phillip C. Bauknight, Esquire (via email)
      Matthew A. Green, Esquire (via email)